UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAYLA LOHMAN,<br><br>      Plaintiff,<br><br> v.<br><br>GREYSTAR MANAGEMENT SERVICES, LP, and HEATHER CARSON,<br><br>      Defendants. | NO: 2:16–CV-347-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is Plaintiff's Notice of Voluntary Dismiss with Prejudice, ECF No. 9. Having reviewed the Notice and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal with Prejudice, **ECF No. 9**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  The District Court Clerk is directed to enter this Order, provide copies to

2  counsel, and **close this case**.

3  **DATED** February 28, 2017.

4

5  *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER OF DISMISSAL WITH PREJUDICE ~ 2